1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11

12   **CARL T. JOHNSON,**              )    **1:06-cv-0822-AWI WMW HC**
                                        )
13              **Petitioner,**          )    **ORDER DENYING REQUEST**
                                        )    **FOR SCHEDULING ORDER**
14        **vs.**                       )    **AND  EXPEDITED REVIEW**
                                        )
15                                      )    **[Doc. 6]**
      **JEFF WRIGLEY,**                 )
16                                      )
              **Respondent.**           )
17                                      )
                                        )
18   _____   )

19

20

21          Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas

22   corpus pursuant to 28 U.S.C. Section 2241.   The court understands Petitioner's need and

23   desire to have his case heard quickly as he believes that relief is warranted.  However, the

24   court has pending before it at any given time hundreds of habeas cases wherein each prisoner

25   alleges that relief is warranted.  Case management at the court proceeds by the order cases

26   are received.  Due to the high volume of such cases and the court's diligent handling of each

27   case, a court decision often takes time.  Petitioner can rest assured that the court acts to

28   resolve all pending cases in the most efficient manner possible.  Therefore, Petitioner's case

will be heard in due course.  Accordingly, Petitioner's motion for a scheduling order and

expedited scheduling order is HEREBY DENIED.


IT IS SO ORDERED.

**Dated:   January 31, 2007**              /s/  **William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE