IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CARL T. JOHNSON,** | ) | 1:06-cv-0822-LJO WMW HC |
| Petitioner, | ) ) | **ORDER ADOPTING FINDINGS AND** |
| vs. | ) ) | **RECOMMENDATIONS RE MOTION TO DISMISS** |
| **JEFF WRIGLEY,** | ) ) | [Doc. 8, 9] |
| Respondent. | ) ) | |
| _____ | ) | |

  Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On January 31, 2007, the Magistrate Judge filed findings and recommendations herein.  These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within

thirty days.  No objections were filed.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a <u>de novo</u> review of this case.   See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on  January 31, 2007, are a adopted in full;
2. The Petition for Writ of Habeas Corpus is DISMISSED as moot;
3. The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:    April 13, 2007**                             **/s/ Lawrence J. O'Neill**
                                                                              UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the copy of the findings and recommendations served on Petitioner was returned by the United States Postal Service.  Pursuant to Local Rule 83-182(f), service on a party at their address of record is fully effective.

2